ACCEPTED
01-14-00753-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 3:05:26 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00753-CR**

In the

Court of Appeals

For the

First District of Texas

At Houston

————————◆————————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/11/2015 3:05:26 PM

CHRISTOPHER A. PRINE
Clerk

**No. 1931546**

In the County Criminal Court at Law No. 4

Of Harris County, Texas

————————◆————————

**MARK MAHLOW**

*Appellant*

V.

**THE STATE OF TEXAS**

*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged appellant by information with driving while intoxicated. (C.R. at 6) Appellant was found guilty by a jury and was sentenced by the trial court to 180 days in the Harris County Jail and a $750.00 fine, probated for one year. (C.R. at 57-58; 5 R.R. at 4) Appellant timely filed notice of appeal and the trial court certified he had the right to appeal. (C.R. at 63-65) Appellant moved for a new trial and

appellant's request was denied by the trial court. (C.R. at 72-98; Motion for New Trial R.R. at 34) The State's brief was due on May 11, 2015. This Court has previously granted one prior motion for extension of time for the State to file a reply brief on April 10, 2015. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. Appellant raises multiple issues and points of error that require additional time to process in order for the State to adequately respond.

b. The undersigned attorney was involved in the following written appellate projects during the time the undersigned attorney was assigned State's reply brief in this case:

  (1)    Gary Martins v. State of Texas
         No. 14-14-00688-CR
         Brief Due: May 4, 2015
         Brief Submitted: April 17, 2015

  (2)    James Guzman v. State of Texas
         No. 01-15-00149-CR
         No. 01-15-00150-CR
         No. 01-15-00151-CR
         Brief Due: May 18, 2015
         Response Filed: April 24, 2015

  (3)    Manuel Nava v. State of Texas
         No. 01-14-00628-CR
         Brief Due: May 6, 2015
         Brief Submitted: May 6, 2015

(4)   Demetrus Horton v. State of Texas
      No. 01-14-00993-CR
      Brief Due: May 21, 2015

(5)   Sammie Davis v. State of Texas
      No. 14-14-00778-CR
      Brief Due: June 5, 2015

(6)   Ricardo Pena v. State of Texas
      No. 01-14-803-CR
      No. 01-14-804-CR
      Brief Due: May 18, 2015

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

                                   Respectfully submitted,

                                   /s/ *Patricia McLean*
                                   **PATRICIA MCLEAN**
                                   Assistant District Attorney
                                   Harris County, Texas
                                   1201 Franklin, Suite 600
                                   Houston, Texas 77002-1923
                                   (713) 755-5826
                                   McLean_Patricia@dao.hctx.net
                                   TBC No. 24081687

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by e-filing to:

Richard Oliver
Attorney for Appellant
rickoliverlaw@gmail.com

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date:  May 11, 2015